UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMAL SNEED,

                                         Plaintiff,

        v.

PATRICK, et al.,

                                         Defendants.

Case No. 3:24-cv-00570-ART-CLB

ORDER ACKNOWLEDGING
VOLUNTARY DISMISSAL

Plaintiff Jamal Sneed, who is currently incarcerated at Northern Nevada Correctional Center ("NNCC"), brought this civil-rights action under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. This action is based on allegations of constitutional violations that occurred in July 2024 at Plaintiff's prior place of incarceration, Lovelock Correctional Center. The Court screened Plaintiff's second amended complaint under 28 U.S.C. § 1915A, found some colorable claims, and granted Plaintiff leave to file a third amended complaint curing the deficiencies of another claim, if he so chooses. (ECF No. 9.) Plaintiff then filed a notice of dismissal, requesting to dismiss this action "without prejudice because [he is] currently on suicide watch" at NNCC. (ECF No. 10.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed in this case, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that, to the extent the notice of dismissal is docketed as a motion, that motion (ECF No. 10) is granted.

It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this

1 | action with the Court in the future under a new case number.

2 |     It is further ordered that Plaintiff's application to proceed *in forma pauperis*

3 | (ECF Nos. 1, 4) is denied as moot.

4 |     The Clerk of Court is kindly directed to close the case.

5 |     DATED: May 14, 2025.

6 |

7 |

8 |     ANNE R. TRAUM

9 |     UNITED STATES DISTRICT JUDGE

2